**KAIDEN & KAIDEN, LLC**
**Attorneys and Counselors at Law**
**1850 Lake Park Drive, Suite 204**
**Smyrna, Georgia 30080**
**(770) 801-9950**
**E-mail: kaidenlaw@email.msn.com**

April 16, 2005

United States Courthouse
Ms. Eva Moody
Courtroom Deputy to Judge Diehl
75 Spring Street, SW
Atlanta, GA 30303

**RE:**    **LEAVE OF ABSENCE**

Dear Ms. Moody:

This is to inform you that Cristina Kaiden, Esq. and Robert Kaiden, Esq. will be out of the country on family vacation leaves from June 27, 2005 through and including July 15, 2005. Therefore, as per BLR 9010-2(c), I am requesting that the following case not be calendared during this period of absence.

| | |
|---|---|
| RE: Daniel & Juliana Roche | Case No.: 05-63544-MGD |
| Trustee: Mary Ida Townson | Chapter 13 |
| | |
| RE: Roche v. Pep Boys, Inc. et al | Case No.: 05-09040-MGD |
| Trustee: Mary Ida Townson | Chapter 13 Adversary Proceeding |
| | |
| RE: Anthony Frazier and Eutivia Hembree | Case No.: 02-70794-MGD |
| Trustee: Mary Ida Townson | Chapter 13 |
| | |
| RE: Martin Bauhaus, Inc. | Case No.: 04-75445-MGD |
| Trustee: Robert B. Silliman | Chapter 7 |
| | |
| RE: Charmaine Douglas | Case No.: 04-65626-MGD |
| Trustee: Neil C. Gordon | Chapter 7 |
| | |
| RE: Pamela Denise Parker | Case No.: 02-69747-MGD |
| Trustee: Paul H. Anderson | Chapter 7 |

I have examined the court docket and there are no matters currently scheduled during said period.

I have enclosed a copy of this letter to you. Please stamp the copy "RECEIVED" or "FILED" and return same to me in the self addressed stamped envelope provided for your convenience.

Thank you for your cooperation in this matter.

As always, should you have any questions, please feel free to contact me at that time.

Very truly yours,

/s/
Cristina Kaiden
Attorney at Law

CC:    Mary Ida Townson, Trustee
       Paul H. Anderson, Trustee
       Robert B. Silliman, Trustee
       Neil C. Gordon, Trustee
       James W. Martin, Esq.