ENTERED ON DOCKET

MAY - 3 2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * |
| DANIEL ROCHE and JULIANA ROCHE | * CASE NO: 05-63544-mgd |
| | * CHAPTER 13 |
| Debtors | * JUDGE MARY GRACE DIEHL |
| JULIANA ROCHE | * |
| Plaintiff | * ADVERSARY PROCEEDING |
| vs. | * NUMBER: 05-09040 |
| PEP BOYS, INC., f/k/a PEP AUTO SUPPLY COMPANY a/d/b/a THE PEP BOYS - MANNY, MOE & JACK, INC. and SIMPSON LAW OFFICES, LLP | * |
| Defendants | |

### CONSENT ORDER RESOLVING PLAINTIFF'S MOTION PURSUANT TO L.R. 54.2(2) AND ORDER OF DISBURSEMENT PURSUANT TO L.R. 67.1(D)(2)

**COMES NOW**, Plaintiff and Defendants, by and through counsel, who show this Court their agreement and consent as follows:

**WHEREAS** Plaintiff has moved, pursuant to L.R. 54.2(2) for additional fees and expenses, and

**WHEREAS** Plaintiff and Defendant have reached an agreement resolving, in full, the underlying judgment, and Plaintiff's Motion pursuant to L.R. 54.2(2).

**NOW, THEREFORE, IN CONSIDERATION FOR** Defendants' execution of this Consent Order, plus an additional payment of $3,000.00, the latter of which has been received by counsel for Plaintiff, Plaintiff and Defendant respectfully pray this Court enter an Order of Disbursal pursuant to L.R. 67.1(D)(2) through which the principal sum of $16,063.36, plus estimated interest and costs of

$3,936.64, for a total of $20,000.00, is paid to counsel for Plaintiff, Kaiden & Kaiden, LLC, at the address of 1850 Lake Park Drive, Suite 204, Smyrna, GA 30080.

The foregoing Consent Motion having been read and considered, this Court hereby ADOPTS the agreement of the parties as an Order of this Court. This Court hereby ORDERS that the Clerk of Court draw a check on the funds on deposit in the registry of this Court in the principal amount of $20,000.00, said sum representing the amount of this Court's May 17, 2006 Order plus accruing interest and costs pursuant to this Court's July 31, 2006 Order, minus any statutory users fees, payable to Kaiden & Kaiden, LLC, and mail the check to Kaiden & Kaiden, LLC at 1850 Lake Park Drive, Suite 204, Smyrna, GA 30080. Within ten (10) days from receipt of funds from this Court's registry, counsel is directed to file a satisfaction of judgment in this case.

**SO ORDERED** this _2nd_ day of _May_, 2007.

_Mary Grace Diehl_
MARY GRACE DIEHL
Judge, United States
Bankruptcy Court
Northern District of Georgia

[SIGNATURES CONTINUE ON FOLLOWING PAGE]

**PREPARED AND PRESENTED BY:**

_/S/ JAMES W. MARTIN_
JAMES W. MARTIN
Attorney for Defendants
State Bar Number: 473314
SIMPSON LAW OFFICES, L.L.P.
One Securities Centre, Suite 300
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
(404) 266-2421                                                JWM/bmm
jmartin@simplawatlanta.com


/S/ ROBERT KAIDEN
ROBERT KAIDEN
(by James W. Martin w/ express permission)
Attorney for Plaintiff
State Bar Number: 406030
KAIDEN & KAIDEN, LLC
1850 Lake Park Drive, Ste. 204
Atlanta, Georgia 30080
(404)872-9950
kaidenlaw@msn.com